JAMES McWILLIAMS BLUE LINE, Inc., Appellant, v. THE Steam Tug N. Y. C. NO. 15, The New York Central Railroad Company, Appellee.
### No. 342.

Circuit Court of Appeals, Second Circuit.

May 4, 1931.

Leo J. Curren, of New York City, for appellant.

Bigham, Englar, Jones & Houston, of New York City (C. W. Hagen, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.